UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARBEN KALLAMA,                          )
                    Petitioner,         )
                                        )
          v.                            )    Civil Action No. 04-10379-MEL
                                        )
BRUCE CHADBOURNE,                       )
                    Respondent.         )

NOTICE OF HEARING RE: REQUEST FOR STAY OF REMOVAL

TAKE NOTICE that the above-entitled case has been set for

HEARING at ___9:00___ a.m./~~p.m.~~ on __MARCH  2__, 2004 at

Courtroom No. __8  3RD FLOOR__


                                   Tony Anastas, Clerk

__02/26/04__                       By: _____
Date                                   Deputy Clerk

To:   Stephen A. Lagana, Esq.
      Lagana & Associates
      145 Essex Street
      Lawrence, MA  01840

      Frank Crowley, Special Assistant United States Attorney,
      Bureau of Homeland Security
      P.O. Box 8728, JFK Station,
      Boston, MA  02114

      Bruce Chadbourne, Director
      Bureau of Immigration and Customs Enforcement

      The Office of the United States Attorney