UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARBEN KALLAMA,<br>    Petitioner,<br><br>v.<br><br>BRUCE CHADBOURNE,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO:<br>  04-10379-MEL |

### RESPONDENT'S NOTICE OF SCHEDULING OF REMOVAL

The Respondent, Bruce Chadbourne, hereby provides this Honorable Court with notice that the Petitioner is scheduled to be removed on **April 9, 2004**.

At a hearing on March 2, 2004, Petitioner informed the Court that there was no basis for jurisdiction over this matter[1]; thus, Petitioner informed the Court that he was going to voluntarily dismiss this action.

Despite providing Respondent's undersigned counsel with a copy of the Voluntary Notice of Dismissal; to date, Petitioner has not filed for dismissal of this action.

Nonetheless, even though no Court order is in place obligating Respondent to inform this Court otherwise, Respondent wishes to provide this Court with notice of Petitioner's impending removal on **April 9, 2004**.

WHEREFORE, Respondent hereby provides this Court with notice the Petitioner is

---

[1] The Respondent maintained that the Second Circuit Court of Appeals was the only proper venue for the adjudication of this case after Petitioner exhausted his administrative remedies.

scheduled to be removed on **April 9, 2004.**

                                              BRUCE CHADBOURNE,
                                              Respectfully submitted,
                                              MICHAEL J. SULLIVAN

                                              United States Attorney

                                              _____
                                              MICHAEL P. SADY
                                              Assistant U.S. Attorney
                                              U.S. Attorney's Office
                                              John Joseph Moakley U.S. Courthouse
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA   02210
                                              Tel. No. (617) 748-3100

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon Petitioner's Counsel, Mr. Stephen A. Lagana, Lagana & Associates, 145 Essex Street, Lawrence, MA  01840 by first-class mail, postage prepaid on this  2nd day of April 2004.

                                              _____
                                              Michael P. Sady
                                              Assistant U.S. Attorney